UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| ROGER J. LEON, III<br>LA. DOC#422230<br>VS. | CIVIL ACTION NO. 5:12-cv-1248<br><br>SECTION P<br><br>JUDGE DONALD E. WALTER |
| WARDEN SUMLIN | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and Local Rule 41.3.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this _____ day of _____Nov_____, 2012.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE